IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACKIE CYPRESS     PLAINTIFF

vs.     NO. 3:04CV00084-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration     DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 7th day of September, 2005.

UNITED STATES MAGISTRATE JUDGE